JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| FRANCOIS TABI, | Case No. EDCV 18-714 DMG(JC) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN DOE NO. 1, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED: (1) this action is dismissed without prejudice as against defendants John Doe No. 1, Jane Doe No. 1, and Jane Doe No. 2; (2) judgment on the pleadings is granted in favor of Defendant Riverside Community College [District] ("RCC") and against Plaintiff on his sole federal claim, *i.e.*, his first claim which arises under 42 U.S.C. § 1983; and (3) Plaintiff's remaining state law claim against Defendant RCC, *i.e.*, his second claim which alleges the intentional infliction of emotional distress is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: August 26, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE